# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2310

_____

United States of America

*Plaintiff - Appellee*

v.

George H. Rock

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: February 6, 2018
Filed: February 8, 2018
[Unpublished]

_____

Before GRUENDER, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

George Rock appeals the above-guidelines sentence the district court[1] imposed after he pleaded guilty to a felon-in-possession offense. His counsel has moved for

_____

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), presenting as an issue whether Rock's sentence is unreasonable.

Upon careful review, we conclude that Rock's sentence is not unreasonable. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard); *United States v. Mangum*, 625 F.3d 466, 469-70 (8th Cir. 2010) (holding that upward variance was reasonable where court made individualized assessment of 18 U.S.C. § 3553(a) factors based on facts presented and considered defendant's proffered information). In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. "We remind counsel, however, of their obligation in filing an *Anders* brief. Such a brief must be done as an advocate for the appellant, not the government, and should refer to anything in the record that might arguably support the appeal." *See United States v. Frazier*, 133 F.3d 923, 923 (8th Cir. 1997) (per curiam) (citing *Evans v. Clarke*, 868 F.2d 267, 268 (8th Cir. 1989)).

Accordingly, we grant counsel leave to withdraw, and we affirm.

_____